# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MONICA WHEELER                                                                                      PLAINTIFF

v.                                           No. 4:11CV00263 JLH

BAXTER HEALTHCARE CORPORATION                                                       DEFENDANT

## ORDER

Jamie Huffman Jones, local counsel for the defendant, has filed a motion for admission *pro hac vice* on behalf of Noah A. Finkel.  The motion is GRANTED.  Document #6.  Noah A. Finkel is hereby admitted to appear before this Court as co-counsel in this action for the defendant.

IT IS SO ORDERED this 5th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE